**Gary DAVIS, Plaintiff–Appellant,**

v.

**MID–CONTINENT VAN SERVICE,
INC., Defendant–Respondent.**

No. 63351.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 31, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 19, 1993.

Application to Transfer Denied
Nov. 23, 1993.

Gary Davis, pro se.

Anthony F. Vaiana, St. Louis, for defendant-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Gary Davis, appeals from a judgment entered in favor of defendant, Mid–Continent Van Service, Inc., pursuant to a jury verdict. Plaintiff had brought an action for bodily injury arising out of an automobile accident.

Defendant's motion to strike plaintiff's brief and dismiss the appeal is denied.

The evidence in the record in support of the jury verdict is not insufficient; no error of law appears. A written opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).